EMILY A. KIMBALL et al., Respondents, *v.* LEONARD MAPES et al., Appellants.

(Argued January 20, 1885 ; decided January 27, 1885.)

*19 wk big 481 affirmed*

*Homer A. Nelson* for appellants.

*James C. de La Mare* for respondents.

Agree to affirm ; no opinion.
All concur, except DANFORTH, J., absent.
Order affirmed.

────────────

ANNIE LARNER, Respondent, *v.* HENRY E. FARNSWORTH, Appellant.

(Argued January 20, 1885; decided January 27, 1885.)

*D. M. Porter* for appellant.

*James G. Bergen* for respondent.

Agree to affirm on opinion below.
All concur, except DANFORTH, J., absent.
Order affirmed.

────────────

JOSIAH H. BURTON, Appellant, *v.* ANTOINETTE W. SHERMAN, Impleaded, etc., Respondent.

(Submitted January 20, 1885; decided January 27, 1885.)

*E. A. Brewster* for appellant.

*L. E. Gilbert* for respondent

Agree to dismiss appeal; no opinion.
All concur, except DANFORTH, J., absent.
Appeal dismissed.